**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

## CASE SUMMARY

```
FILED
CLERK, U.S. DISTRICT COURT
5/26/2023
CENTRAL DISTRICT OF CALIFORNIA
BY:      TV       DEPUTY
```

Case Number: 2:23-cr-00262-DSF-1          Defendant Number: 1
U.S.A. v. Rayvione Datuan Mouton          Year of Birth: 1991
[✓] Indictment   [ ] Information          Investigative agency (FBI, DEA, etc.): DEA

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

### OFFENSE/VENUE

a. Offense charged as a:
- [ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
- [ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense: 9/11/2022

c. County in which first offense occurred: Los Angeles County

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
- [✓] Los Angeles    [ ] Ventura
- [ ] Orange         [ ] Santa Barbara
- [ ] Riverside      [ ] San Luis Obispo
- [ ] San Bernardino [ ] Other _____

Citation of Offense: 21 U.S.C. 846; 21 U.S.C. 841(a)(1), (b)(1)(C)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
- [✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
- [ ] Eastern (Riverside and San Bernardino)   [ ] Southern (Orange)

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
- [✓] No  [ ] Yes

If "Yes," Case Number: _____

Pursuant to General Order 21-01, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): _____

### PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: _____
Case Number: _____
Assigned Judge: _____
Charging: _____
The complaint/CVB citation:
- [ ] is still pending
- [ ] was dismissed on: _____

### PREVIOUS COUNSEL

Was defendant previously represented?  [ ] No  [ ] Yes
IF YES, provide Name: _____
Phone Number: _____

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**  [ ] Yes  [ ] No

This is the _____ superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on: _____

Case Number: _____

The superseded case:
- [ ] is still pending before Judge/Magistrate Judge
- [ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
[ ] Yes*   [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [ ] No

Was a Notice of Complex Case filed on the Indictment or Information?
[ ] Yes   [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

**INTERPRETER**

Is an interpreter required?  ☐ YES  ☑ NO

IF YES, list language and/or dialect: _____

**OTHER**

☑ Male   ☐ Female

☑ U.S. Citizen   ☐ Alien

Alias Name(s) _____

This defendant is charged in:
 ☐ All counts
 ☑ Only counts: Counts One and Two

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☑ No

IF YES, should matter be sealed?  ☐ Yes  ☐ No

The area(s) of substantive law that will be involved in this case include(s):
 ☐ financial institution fraud
 ☐ government fraud
 ☐ environmental issues
 ☑ narcotics offenses
 ☐ violent crimes/firearms
 ☐ Other _____
 ☐ public corruption
 ☐ tax offenses
 ☐ mail/wire fraud
 ☐ immigration offenses
 ☐ corporate fraud

**CUSTODY STATUS**

Defendant is **not in custody**:
 a. Date and time of arrest on complaint: _____
 b. Posted bond at complaint level on: _____
    in the amount of $ _____
 c. PSA supervision?  ☐ Yes  ☐ No
 d. Is on bail or release from another district: _____

Defendant is **in custody**:
 a. Place of incarceration:  ☐ State  ☐ Federal
 b. Name of Institution: _____
 c. If Federal, U.S. Marshals Service Registration Number: _____
 d. ☐ Solely on this charge. Date and time of arrest: _____
 e. On another conviction:  ☐ Yes  ☐ No
    IF YES:  ☐ State  ☐ Federal  ☐ Writ of Issue
 f. Awaiting trial on other charges:  ☐ Yes  ☐ No
    IF YES:  ☐ State  ☐ Federal  AND
    Name of Court: _____
    Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  ___ 20  ___ 21  ___ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date  5/25/2023

Signature of Assistant U.S. Attorney

Laura A. Alexander
Print Name